■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BOYER, Appellant. [821 NYS2d 544]—Motion for reargument denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD C. BRINK, Appellant. [821 NYS2d 544]—Motion for reargument denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder and Green, JJ.

■ In the Matter of LAKE CITY POLICE CLUB et al., Appellants, v CITY OF OSWEGO et al., Respondents. [821 NYS2d 141]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.

■ JEANETTE RIZZO, Appellant, v HAROLD P. GOLDBERG et al., Respondents. [821 NYS2d 544]—Motion for leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVON L. ARMSTRONG, Appellant. [820 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Criminal Sale of a Controlled Substance, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY A. COLE, Appellant. [820 NYS2d 923]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, David D. Egan, J.—Robbery, 2nd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CULVER, Appellant. [820 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Contempt, 1st Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.